**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:99CR00198-002 SWW

SALEEM NASIR

**ORDER OF DISMISSAL**

Pursuant to the government's motion for dismissal of the indictment against the above defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS SO ORDERED that the government's motion [doc #54] be, and it hereby is **granted**, and the indictment pending against defendant Saleem Nasir, in the above case, hereby is dismissed without prejudice.

DATED this 19th day of April 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE